Eastern Dis.
June, 1832.

HARPER
vs.
DORSEY.

---

HARPER *vs.* DORSEY.

APPEAL FROM THE PARISH COURT OF NEW-ORLEANS.

Mathews, J., delivered the opinion of the court.

In this suit the plaintiff claims property, as described in his petition, by virtue of a purchase at a sale made by auction under certain ordinances of the city corporation. The property sued for was found in the possession of the defendant, who claims it as consignee of the owners. Judgement was rendered in his favor, from which the plaintiff appealed.

This case does not in any material respect differ in prin- <span style="float:right">Eastern Dis. *June,* 1832.</span>
ciples from that of *Lanfear* vs. *The Mayor and Aldermen et*
*al.* decided during the present term of the court.    We believe <span style="float:right">TREPAGNIER</span>
the decision made in that case to be in conformity with sound <span style="float:right">*vs.* WILLIAMS.</span>
principles of law and equity.

It is, therefore, ordered, adjudged, and decreed, that the
judgement of the Parish Court be affirmed, with costs.

*Roselius,* for appellant.    *Hennen,* for appellee.